## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROMAN LEAL** | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-2044** |
| | : | |
| **JAMAL L. JAMISON, et al.** | : | |
| **Respondents.** | : | |

## ORDER

**AND NOW**, this 2nd day of April, 2026, upon a petition by Leal for a writ of habeas corpus, it is hereby **ORDERED** that respondents shall **SHOW CAUSE** by April 6, 2026 why the writ should not be granted and relief granted.

**BY THE COURT:**

*/s/ Catherine Henry*
_____
**CATHERINE HENRY, J.**